**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF MARY D. FRANO | : | No. 272 WAL 2019 |
| NOREEN M. SWANSON, ELAINE B. | : | |
| WEHNER GACZKOWSKI, BEVERLEY J. | : | |
| FRANO BURKETT AND GORDON F. | : | Petition for Allowance of Appeal |
| FRANO, CO-EXECUTORS | : | from the Order of the Superior Court |
| | : | |
| | : | |
| PETITION OF:  ELAINE B. WEHNER | : | |
| GACZKOWSKI, BEVERLEY J. FRANO | : | |
| BURKETT AND GORDON F. FRANO, | : | |
| REMAINING LIVING CO-EXECUTORS OF | : | |
| THE ESTATE OF MARY D. FRANO | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.